# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MAURICIO VELASQUEZ, | ) | No. SA CV 12-1078-JSL (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CONNIE GIPSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 8, 2013

*Spencer Letts*
_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE